# EXHIBIT A

```
RUN DATE: 08/30/2013  Bexar County Centralized Docket System  Pg: 1  PGM: DKB4900P
RUN TIME: 14:04:31                                                    JCL: SPPROD
_____


                        * D O C K E T   I N F O R M A T I O N *


CAUSE NUM: 2013CI12356
DATE FILED: 07/26/2013        COURT: 073        UNPAID BALANCE:      0.00
TYPE OF DOCKET: INTELLECTUAL PROPERT
                        * * * S T Y L E * * *
        KUHL VENTURES LLC
            VS ALFWEAR INC


ACCOUNT TYPE:                 ACCOUNT NO:
ACCESS: 0                     STATUS: PENDING
LIST TYPE: C


                * L I T I G A N T   I N F O R M A T I O N *
SEQ   LAST /FIRST /MIDDLE NAME        LIT. TYPE/ATTORNEY        DATE


00001 KUHL VENTURES LLC                PLAINTIFF              07/26/2013
                                         00001 CASSEB, R MICHAEL


00002 ALFWEAR INC                      DEFENDANT              07/26/2013
                                         00002 LEE, TED D



                * S E R V I C E S   I N F O R M A T I O N *
SEQ   SERVICE TYPE / DATES        DIST    LITIGANT NAME


00001 CITATION CERTIFIED MAIL     150
      ISS: 07/29/2013  REC: 07/29/2013  EXE: 08/01/2013  RET: 08/06/2013


                * A T T O R N E Y   I N F O R M A T I O N *
SEQ  DATE FILED  BAR NBR.  NAME                    STATUS        DATE


00001 07/26/2013  03975400  CASSEB, R MICHAEL       SELECTED    07/29/2013
00002 08/30/2013  12137700  LEE, TED D              SELECTED    08/30/2013


                * P R O C E E D I N G   I N F O R M A T I O N *
SEQ      DATE FILED         REEL     IMAGE     PAGE COUNT


00001    07/26/2013         0000     0000      0000
         DESC: PLAINTIFF'S ORIGINAL PETITION
00002    07/26/2013         0000     0000      0000
         DESC: CIVIL CASE INFORMATION SHEET
00003    07/26/2013         0000     0000      0000
         DESC: REQUEST FOR
               CITCML (SOS)
00004    07/26/2013         0000     0000      0000
         DESC: SERVICE ASSIGNED TO CLERK 1
00005    08/16/2013         0000     0000      0000
         DESC: CERTIFICATE OF SECRETARY OF ST
00006    08/30/2013         0000     0000      0000
         DESC: SPECIAL EXCEPTIONS
```

```
RUN DATE: 08/30/2013 Bexar County Centralized Docket System Pg: 2  PGM: DKB4900P
RUN TIME: 14:04:31                                                 JCL: SPPROD
_____
                OF ALFWEAR INC


                    * T R I A L    I N F O R M A T I O N *
SEQ     DATE FILED         COURT           SETT. DATE  TIME       ATTY



                    * O R D E R    I N F O R M A T I O N *
SEQ   DATE FILED  JUDGE NAME        VOLUME   PAGE  PAGE CNT  AMOUNT  SOF




                    * B O N D    I N F O R M A T I O N *
SEQ     DATE FILED   PRINCIPAL
```