IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KÜHL VENTURES, LLC<br>　　Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. 5:13-CV-801(OLG) |
| ALFWEAR, INC.<br>　　Defendant. | § § § § | |

## JOINT MOTION TO ENTER "AGREED FINAL JUDGMENT"

Plaintiff Kühl Ventures, LLC and Defendant Alfwear, Inc. jointly announce to the Court that the Parties have compromised and settled their differences. Pursuant thereto attached is an "Agreed Final Judgment".

All Parties have consented to the entry of the "Agreed Final Judgment" as indicated by the signatures of their attorneys thereon.

THEREFORE, PREMISES CONSIDERED, it is respectfully requested that the attached "Agreed Final Judgment" be entered by the Court.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GUNN, LEE & CAVE, P.C.
　　　　　　　　　　　　　　　　　　　300 Convent St., Suite 1080
　　　　　　　　　　　　　　　　　　　San Antonio, TX  78205
　　　　　　　　　　　　　　　　　　　210-886-9500 (Phone)
　　　　　　　　　　　　　　　　　　　210-886-9883 (Fax)


　　　　　　　　　　　　　　　　　　　By:　　/s/ Ted D. Lee　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Ted D. Lee, TSB # 12137700
　　　　　　　　　　　　　　　　　　　　　Miguel Villarreal, Jr., TSB # 24042095

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　ALFWEAR, INC.

1

JACKSON WALKER LLP
112 E. Pecan, Suite 2400
San Antonio, Texas  78205
210-978-7700 (Phone)
210-978-7790 (Fax)


By: ___/s/ Mark H. Miller_____
       Mark H. Miller, TSB #14099200

ATTORNEY FOR PLAINTIFF
KÜHL VENTURES, LLC


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark H. Miller
JACKSON WALKER LLP
112 E. Pecan, Suite 2400
San Antonio, Texas  78205
Email:  mmiller@jw.com


    ___/s/ Ted D. Lee_____
    Ted D. Lee